UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
15-10390-PBS

UNITED STATES OF AMERICA

v.

JAYME GORDON

**INITIAL STATUS REPORT**

January 25, 2016

DEIN, M.J.

An Initial Status Conference was held before this court on January 25, 2016 pursuant to the provisions of Local Rule 116.5(a). Based on that Conference, this court enters the following report and orders, to wit:

1. The defendant is in the process of reviewing the documents produced by the government to date. In addition, the defendant is obtaining documents from counsel who represented him in civil litigation.

2. The government does not expect to produce additional discovery except in response to a specific request or in accordance with the Local Rules.

3. The defendant shall request any additional discovery prior to the next status conference.

4. The government will provide expert witness reports 45 days before trial. The defense will produce expert reports 30 days before trial.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of January 25, 2016 through February 24, 2016, that being the period between the expiration of the last order of excludable time and the next status conference.

    Based upon the prior order of the court dated December 21, 2015 and the order entered contemporaneously herewith, at the time of the Final Status Conference on February 24, 2016 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference has been scheduled for February 24, 2016 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. The parties estimate that the trial of this matter will take 2 weeks. They anticipate being prepared for trial in the October – November 2016 time period.

                                       / s / Judith Gail Dein  
                                       JUDITH GAIL DEIN  
                                       UNITED STATES MAGISTRATE JUDGE