UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 15-10390-PBS |
| ) | |
| v. ) | |
| ) | |
| JAYME GORDON ) | |
| ) | |
| Defendant ) | |

## JOINT FINAL STATUS REPORT

The parties jointly file this status report addressing the issues outlined in Local Rule 116.5(c):

**1.  Rule 11 Hearing:**

At this point, the parties do not anticipate a Rule 11 hearing

**2.  Pretrial Conference:**

The parties ask that the case be referred to the district court for a pretrial conference.

**3.  Discovery**

The government has provided automatic discovery.  The government will produce additional Jencks and Giglio material as the trial date approaches.

**4.  Timing of additional discovery requests**

The defendant will request additional discovery material and the government will respond as promptly as possible.   The parties do not anticipate discovery disputes in this case.

**5.  Dispositive motions**

The defendant will not be filing dispositive motions.

1

### 6. Speedy Trial

All time has been excluded from the Speedy Trial clock through February 24, 2016. The parties jointly ask the Court to exclude the time from this final status conference to March 31, 2016. This time is excludable, under 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served by allowing defense counsel additional time to obtain and review the file from defendant's civil litigation against DreamWorks outweighs the interests of the public and defendant in a speedy trial.

### 7. The Number of Trial Days

The parties anticipate that a trial will take 10-15 trial days.

Respectfully submitted,

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney | ROBERT GRIFFIN<br>Counsel for Jayme Gordon |
| By:   */s/ Adam Bookbinder*<br>     Adam J. Bookbinder<br>     Amy Harman Burkart<br>     Assistant U.S. Attorneys | */s/ Robert Griffin*<br>DHAR LAW, LLP<br>One Constitution Center, Suite 300<br>Charlestown, Massachusetts 02129 |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Adam Bookbinder*

Dated: February 23, 2016