UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
15-10390-PBS

UNITED STATES OF AMERICA

v.

JAYME GORDON

# FINAL STATUS REPORT

February 24, 2016

DEIN, M.J.

A Final Status Conference was scheduled to be held before this court on February 24, 2016 pursuant to the provisions of Local Rule 116.5(c), but the parties elected to proceed by way of a Joint Final Status Report. Based on that Report, this court enters the following report and orders, to wit:

1. At present, a trial is anticipated. The parties request a pre-trial conference.

2. The defendant is continuing to review the documents obtained by his counsel in his civil litigation against Dreamworks. The defendant expects to ask the government for additional documents, but the parties do not anticipate any discovery disputes.

3. The government does not expect to produce additional discovery except in accordance with the Local Rules.

4. The defendant does not intend to file any dispositive motions.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

    Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of February 24, 2016 through March 31, 2016, by which time counsel should have obtained and reviewed the documents from defendant's civil litigation.

    Based upon the prior orders of the court dated December 21, 2015, January 25, 2016 and the order entered contemporaneously herewith, as of March 31, 2016 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A trial is estimated to take approximately 10-15 days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

               / s / Judith Gail Dein
               JUDITH GAIL DEIN
               UNITED STATES MAGISTRATE JUDGE